IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:11CR282 |
| | ) | (Financial Litigation Unit) |
| JANETTE PARKER | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CUSICK COMMUNITY MANAGEMENT, LLC, | ) | |
| Garnishee. | ) | |

### DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

**UPON MOTION** of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment filed in this case against Defendant Janette Parker is **DISMISSED**.

**SO ORDERED**.

Signed: September 17, 2014

David S. Cayer
United States Magistrate Judge