UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00282-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JANETTE PARKER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's *pro se* letter (#43) requesting information from the court regarding whether she qualifies for release from probation. Review of the pleadings reveals that defendant is represented by counsel who, in discussing the matter with defendant, can assess whether such a motion is appropriate in this case. The Local Criminal Rules, however, prohibit a represented defendant from bringing such a motion on his or her own. See L.Cr.R. 47.1 (H). Accordingly, the court will give no further consideration to defendant's letter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief in her *pro se* letter (#43), such relief is **DENIED** without prejudice**.**

Signed: November 3, 2014

Max O. Cogburn Jr.
United States District Judge